|  | AUSA: Susan Fairchild | Telephone: (313) 226-9100 |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint    Agent: | Wayne Williams | Telephone: (866) 347-2423 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Ruben GARCIA-MAYA

Case No. 25-30163

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 13, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, USC, Sec. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:

On or about March 13, 2025, in the Eastern District of Michigan, Southern Division, Ruben GARCIA-MAYA, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about October 30, 2024, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☐ Continued on the attached sheet.

*Complainant's signature*

Wayne Williams, Border Patrol Agent, DHS
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: March 19, 2025

*Judge's signature*

City and state: Detroit, MI

Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Wayne Williams, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Ruben GARCIA-MAYA, which reveals the following:

2. Ruben GARCIA-MAYA is a forty-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about April 24, 2004, GARCIA-MAYA was arrested Border Patrol Agents near Douglas, Arizona. He was granted a voluntary return to Mexico.

4. On or about April 3, 2011, GARCIA-MAYA was arrested by Border Patrol near Laredo Texas. He was granted a voluntary return to Mexico.

5. On are about December 17, 2021, GARCIA-MAYA was encountered by ICE CAP-ERO Criminal Alien Program after an arrest by Detroit Police Department. The arrest was for misdemeanor assault, disposition pending.

6. On or about March 24, 2022, GARCIA-MAYA was encountered by ICE CAP-ERO Criminal Alien Program after an arrest by Detroit Police Department. The arrest was for felony assault, disposition pending.

7. On or about February 25, 2023, GARCIA-MAYA was arrested by Michigan State Police Near Brighton, Michigan for operating while intoxicated.

8. On or about September 11, 2023, GARCIA-MAYA was charged with Operating Impaired out of the Washtenaw County 3rd district court and was

convicted. He was sentenced to $1410 in fines, 12 months' probation and jail time of 93 days.

9. On or about July 29, 2024, GRACIA-MAYA was arrested by ICE Fugitive Operations and processed as Warrant of Arrest/Notice to Appear.

10. On or about August 6, 2024, GARCIA-MAYA was ordered removed by an Immigration Judge in Detroit, MI.

11. On or about August 13, 2024, GARCIA-MAYA was removed from the United States to Mexico through Brownsville Gateway Bridge, Texas.

12. On or about October 25, 2024, GARCIA-MAYA was arrested by Border Patrol near Santa Teresa, New Mexico. He was processed as a Reinstatement of Deport Order and returned to Mexico.

13. On or about March 13, 2025, GARCIA-MAYA was arrested by Border Patrol near Detroit, Michigan. He was processed as Reinstatement of Deport Order.

14. GARCIA-MAYA's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that Ruben GARCIA-MAYA is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that Ruben GARCIA-MAYA legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

15. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

16. Review of the Alien File (A# xxx xxx 817) for Ruben GARCIA-MAYA and queries in Department of Homeland Security databases confirm no record exists of Ruben GARCIA-MAYA obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on or about October 30, 2024.

17. Based on the above information, I believe there is probable cause to conclude that Ruben GARCIA-MAYA, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

Wayne Williams, Border Patrol Agent
U.S. Department of Homeland Security

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge

March 19, 2025